UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

JARELL DAIVON WILLIAMS,

    Defendant(s).

Case No. 2:24-CR-17

Hon. Robert J. Jonker

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. DISCOVERY

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> Report of interview on March 14, 2024.

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   entry of protective order  .

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> Recording of interview on March 14, 2024.
> Statements contained in email and text messages.

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   entry of protective order  .

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☒ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
- ☐ Drug Paraphernalia   ☐ Drug Records   ☐ Inventory (attached)
- ☐ Controlled Substances: _____
- ☒ Records:   electronic records from subpoena and warrant returns
- ☐ Firearms: _____
- ☒ Other:   electronic devices seized during SW of residence

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
- ☐ State
- ☒ Federal:
  - Case No.  Mulitple    Re: _____
  - Case No. _____        Re: _____
  - Case No. _____        Re: _____

☐ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with:
S.A. Tom Peller

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
- ☐ Drug Analysis         ☐ Handwriting        ☐ Fingerprints
- ☐ DNA                   ☐ Firearms/Nexus     ☐ Gun Operability
- ☒ Computer Forensics    ☐ Other: _____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. Notice Under FRE 404(b)

☐ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☒ The Government will provide pretrial notice of 404(b) evidence by __2 wks b/f FPTC__.

G. Other Discovery Matters

II. TRIAL
A. The Government requests a   ☒ jury   ☐ non-jury  trial.
B. The length of trial excluding jury selection is estimated at __5 Days__.

III. MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel.  The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

If Defendant wishes to benefit from concessions by the Government, he should enter a guilty plea at least two weeks prior to the final pretrial conference.

Date __September 10, 2024__         __/s/ Davin M. Reust__
                                    Counsel for the United States

(Rev. 03/01/2019)