**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v.   Jarell Daivon Williams | Mag. Judge:  Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:24-cr-00017-RJJ-2 | October 28, 2024 | 3:06 - 3:33 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government:<br>Davin Reust | Defendant:<br>Daniel R. Fagan | Counsel Designation:<br>CJA Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>✓ Arraignment:<br>　__ mute　　__ nolo contendre<br>　✓ not guilty　__ guilty<br>✓ Initial Pretrial Conference<br>__ Detention　(waived __ )<br>__ Preliminary　(waived __ )<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: _____ | ✓ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br>_____<br>_____<br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>✓ Other: _____<br>Rule 5(f) | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>Presentence Report:<br>__ Ordered　__ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement |
| | | **EXPEDITED RESOLUTION** |
| | | __ Case appears appropriate for<br>　expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Hearing held concurrently with first appearance, arraignment and initial pretrial conference of co-defendant Johnathan Demetrius Green. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:　__ Yes　__ No<br>Defendant informed of right to appeal:　__ Yes　__ No<br>Counsel informed of obligation to file appeal: __ Yes　__ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ 10,000.00 _____　Unsecured |
| **CASE TO BE:**　Referred to District Judge | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**　Digitally Recorded | **Courtroom Deputy:**　B. Glass |