UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,               Case No. 2:24–cr–00017–RJJ

  v.                        Hon. Robert J. Jonker

JARELL DAIVON WILLIAMS,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:          April 2, 2025   10:00 AM
Judge:              Robert J. Jonker
Place/Location:     699 Federal Building, Grand Rapids, MI

ROBERT J. JONKER
United States District Judge

Dated:  March 21, 2025     By:   /s/ Stephanie Carpenter
                                   Case Manager