# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION
*******************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:24-cr-0017 |
| | ) | |
| Plaintiff, | ) | HON.:  ROBERT J. JONKER |
| | ) | U.S. DISTRICT JUDGE |
| vs. | ) | |
| | ) | **DEFENDANT JARELL DAIVON** |
| JARELL DAIVON WILLIAMS, | ) | **WILLIAMS' SENTENCING** |
| | ) | **MEMORANDUM** |
| Defendant | ) | |

**Defense Counsel**  
Daniel R. Fagan  
P.O. Box 386  
Comstock Park MI 49321  
P:  (616) 224-2564  
fagandrlaw@gmail.com

**Assistant U.S. Attorney**  
Daniel Y. Mekaru  
United States Attorney's Office  
330 Ionia Avenue NW Ste 501  
Grand Rapids MI 49503  
P: (616) 456-2404  
daniel.mekaru@usdoj.gov

_____

     NOW COMES Defendant, Jarell Daivon Williams, by and through his counsel of record, Daniel R. Fagan & Associates, P.C., by Daniel R. Fagan, and does hereby submit this sentencing memorandum, requesting that the Court grant the government's July 16, 2025 motion for downward departure for the reasons set forth in its accompanying brief, and in accordance with the new guideline range after that departure, sentence Mr. Williams to a period of probation.

     The PSR prepared in this matter is clear and accurate.  It sets forth Mr. Williams' life history and his involvement in this matter.

As scored by the PSR, Mr. Williams' Offense Level currently stands at 9 and his Criminal History category is I, with an advisory guideline range of 4 to 10 months. **(ECF 167, PageID. 892**)

As laid out in the government's Brief and Motion for Downward Departure, Mr. Williams was extremely forthcoming in his proffer with the government, providing useful information, and substantial assistance concerning his conduct and conduct of others.

This Court is well aware of the Sentencing Guidelines in this matter are not mandatory and counsel requests that the Court grant the 5K1.1 motion requested. If it does so at the level requested by the government, two points, Mr. Williams' Guidelines are reduced to a Criminal History Category I with a Guideline Range of 0 – 6 months, and in Zone A. It is appropriate for Mr. Williams to receive the recommended 5K1.1 Downward Departure. Mr. Williams has virtually no criminal history. He is gainfully employed. He is married and cares for his family. Importantly he has been attempting to pay restitution early in this case and has gone through the necessary steps to be able to do so. He additionally has great support from his community and family.

Mr. Williams has learned his lesson. He was remorseful in his proffer. He knew what he did was wrong.

Mr. Williams knows other defendants have been sentenced in this matter to periods of home detention. Counsel argues that home detention is not necessary for Mr. Williams in this case, but a probationary sentence could be as the Court sees fit.

**CONCLUSION**

Mr. Williams has learned a painful and terrible lesson in this case. Counsel is aware that he has engaged in studies and programs to assist him in financially appropriate conduct since his arrest. Counsel is confident that a sentence of probation in this matter would meet all the requirements of U.S.C. § 3553(a).

Dated:  July 17, 2025                                      Respectfully submitted,

/s/ *Daniel R. Fagan*
Daniel R. Fagan (P39735)
P.O. Box 386
Comstock Park MI 49321
(616) 224-2564
fagandrlaw@gmail.com